PROB 35
(Rev 3/93)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                                    Crim. No. 5:11-CR-76-1D

JODY ORDESS

On April 30, 2012, the above named was placed on probation for a period of 60 months. The offender has complied with the rules and regulations of probation, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                      Respectfully submitted,

/s/Michael C. Brittain                                              /s/Timothy L. Gupton
Michael C. Brittain                                                 Timothy L. Gupton
Senior U.S. Probation Officer                                 U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____16_____ day of ___October___, 2015.

James C Dever III
Chief U.S. District Judge